JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ALEEN NALBANDIAN,

Petitioner,

v.

ANDRE QUINONES, et al.,

Respondents.

Case No. 2:26-cv-13184-AYP

**JUDGMENT**

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is GRANTED.

DATED: November 23, 2026

ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE